IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*, <br><br> *Defendants.* | Civil Action No. 1:23-cv-0266-PTG-IDD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Lauren A. Wetzler, Assistant United States Attorney, on behalf of the following Defendants: (1) Antony J. Blinken, in his official capacity as Secretary of State; (2) the U.S. Department of State; (3) Carol Perez, in her official capacity as Director General of the Foreign Service and Director of Global Talent Management at the U.S. Department of State; and (4) Marcia S. Bernicat, in her official capacity as Director General of the Foreign Service and Director of Talent Management at the U.S. Department of State (collectively, "Official-Capacity Defendants").

                                                            Respectfully submitted,

                                                            JESSICA D. ABER
                                                            UNITED STATES ATTORNEY

By:        /s/_____
                      LAUREN A. WETZLER
                      Chief, Civil Division
                      Assistant U.S. Attorney
                      2100 Jamieson Avenue

                 Alexandria, Virginia 22314
                 Telephone: (703) 299-3752
                 Fax:   (703) 299-3983
                 Email: lauren.wetzler@usdoj.gov

DATE: May 10, 2023         *Counsel for Official-Capacity Defendants*