IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:23-cv-0266-PTG-IDD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Lauren A. Wetzler, Assistant United States Attorney, on behalf of the following Defendants: (1) Antony J. Blinken, in his official capacity as Secretary of State; (2) the U.S. Department of State; (3) Carol Perez, in her official capacity as Director General of the Foreign Service and Director of Global Talent Management at the U.S. Department of State; and (4) Marcia S. Bernicat, in her official capacity as Director General of the Foreign Service and Director of Talent Management at the U.S. Department of State (collectively, "Official-Capacity Defendants").

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By:  _____/s/_____
LAUREN A. WETZLER
Chief, Civil Division
Assistant U.S. Attorney
2100 Jamieson Avenue

1

2

                                                                            Alexandria, Virginia 22314
                                                                            Telephone: (703) 299-3752
                                                                            Fax:          (703) 299-3983
                                                                            Email: lauren.wetzler@usdoj.gov

DATE: May 10, 2023                                    *Counsel for Official-Capacity Defendants*