IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FEDS FOR MEDICAL FREEDOM, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*,<br><br>*Defendants.* | Civil Action No. 1:23-0266-PTG-IDD |

## ORDER

Upon consideration of the parties' joint motion for a briefing schedule and to stay the official-capacity Defendants' deadline to answer Plaintiffs' amended complaint, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that:

a. Plaintiffs will file any motion to transfer venue on or before **Friday, May 12, 2023**.

b. Official-capacity Defendants will file any opposition thereto on or before **Friday, May 26, 2023**.

c. Plaintiffs will file any reply in support of Plaintiffs' motion to transfer on or before **Thursday, June 1, 2023**.

d. Official-capacity Defendants' deadline to answer or otherwise respond to the amended complaint is STAYED pending resolution of Plaintiffs' motion to transfer or further order of this Court.

e. Individual-capacity Defendants will be permitted a reasonable opportunity to present their views on transfer to the Court if and when the amended complaint has been properly served on them and they have had sufficient opportunity to appear in this case through counsel and determine how to proceed as to such a motion by Plaintiffs.

It is SO ORDERED.

Dated: 5/11/2023

PATRICIA TOLLIVER GILES
United States District Judge