**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **FEDS FOR MEDICAL FREEDOM,** | ) | |
| **MICHAEL BALL; MARIE BALLERINI-** | ) | |
| **HOUGNON; SALIMA BENABDI; ERIC** | ) | |
| **BURKETT; DONALD CARROLL; JANE** | ) | |
| **CHUN; BROCK FOX; DAVID GUERERRO;** | ) | |
| **HOMER HAWKINS; WILLIAM HAYES;** | ) | |
| **MATTHEW HILTON; DANIEL JACKSON;** | ) | |
| **LISA JONES; CHERYL KOEVOET;** | ) | |
| **NANCY MCGAUVRAN; CHRISTOPHER** | ) | |
| **MILLER; KAROLINA MILLER; DAVID** | ) | |
| **PEMBERTON; JEFFREY RUSINEK;** | ) | |
| **KEMMI SADLER; KELLY MEDINA** | ) | |
| **SANTIESTEBAN; MARCUS THORNTON;** | ) | |
| **CHRISTINA WILLIAMS; and** | ) | |
| **JOEL ZLOTNIK.** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | **CASE NO.  1:23-CV-00266** |
| **v.** | ) | |
| | ) | |
| **ANTONY J. BLINKEN, in his official** | ) | |
| **capacity as Secretary of the U.S. Department** | ) | |
| **of State, and in his individual capacity; THE** | ) | |
| **U.S. DEPARTMENT OF STATE;** | ) | |
| **CAROL PEREZ in her official capacity as** | ) | |
| **Director General of the Foreign Service and** | ) | |
| **Director of Global Talent Bureau in the Bureau** | ) | |
| **of Global Talent Management at the U.S.** | ) | |
| **Department of State, and in her individual** | ) | |
| **capacity; MARCIA BERNICAT in her official** | ) | |
| **capacity as Director General of the Foreign** | ) | |
| **Service and Director of Global Talent Bureau in** | ) | |
| **the Bureau of Global Talent Management at the** | ) | |
| **U.S. Department of State, and in her individual** | ) | |
| **Capacity** | ) | |
| **Defendants.** | ) | |
| | ) | |

**MOTION FOR CHANGE OF VENUE**

COME NOW Plaintiffs, Feds for Medical Freedom *et al.* ("F4MF"), pursuant to U.S.C.

Title 28, Section 1404(a) hereby move this Court to transfer venue of this matter to the District

Court of Kansas.

Plaintiffs have filed a memorandum in support of this motion, filed concurrently.

Dated this 12th day of May 2023.          Respectfully Submitted,

_____

E. Scott Lloyd
Virginia Bar # 76989
Lloyd | Lemmon, PLLC
15 Chester Street
Front Royal, VA 22630
(540) 631-4081
scott@lloydlemmon.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I will cause the foregoing to be served upon the Defendants

on May 12, 2023.

_____
SCOTT LLOYD