# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MARCUS THORNTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-0266-PTG-IDD |

## INDIVIDUAL CAPACITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' INDIVIDUAL CAPACITY CLAIMS

Defendants Antony J. Blinken, Marcia S. Bernicat, and Carol Perez, in their individual capacities ("Individual Capacity Defendants"), by and through their undersigned counsel, respectfully move this Court, pursuant to Rule 12 of the Federal Rules of Civil Procedure and the Local Rules, to dismiss Plaintiffs' individual capacity claims against them in the Second Amended Class Complaint, ECF No. 41, with prejudice. This motion is based on the accompanying Memorandum in Support and any oral argument the Court may allow.

WHEREFORE the Individual Capacity Defendants respectfully request that the Court grant the instant motion and dismiss Plaintiffs' individual claims against them with prejudice.

Dated: September 20, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

JAMES G. BARTOLOTTO
Senior Trial Counsel, Torts Branch

*/s/Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant U.S. Attorney
Virginia Bar No. 93902
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*/s/ Chibogu Nneka Nzekwu*
CHIBOGU NNEKA NZEKWU
Trial Attorney
New York Reg. No. 5515994
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4325
Fax: (202) 616-4314
E-mail: chibogu.n.nzekwu@usdoj.gov

*Attorneys for Antony Blinken, Marcia Bernicat, and Carol Perez in their Individual Capacities*