IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARCUS THORNTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-0266-PTG-IDD |

## NOTICE OF HEARING DATE

PLEASE TAKE NOTICE that on Thursday, November 2, 2023, at 10 a.m., or as soon thereafter as the parties may be heard, the Individual Capacity Defendants will bring on for hearing their Motion to Dismiss.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

JAMES G. BARTOLOTTO
Senior Trial Counsel, Torts Branch

*/s/Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant U.S. Attorney
Virginia Bar No. 93902
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752

Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*/s/ Chibogu Nneka Nzekwu*
CHIBOGU NNEKA NZEKWU
Trial Attorney
New York Reg. No. 5515994
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-4325
Fax: (202) 616-4314
E-mail: chibogu.n.nzekwu@usdoj.gov

*Attorneys for Antony Blinken, Marcia Bernicat, and Carol Perez in their Individual Capacities*