# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MARCUS THORNTON, *et al.*,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-0266-PTG-IDD |

## OFFICIAL-CAPACITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the official-capacity Defendants respectfully move to dismiss this civil action. The basis for this motion is set forth in the accompanying memorandum of points and authorities.

Dated: September 20, 2023

Respectfully submitted,

JESSICA D. ABER
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Branch Directors

ANDREW J. RISING (D.C. Bar #1780432)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11406
Washington, D.C. 20530
(202) 514-0265
Andrew.J.Rising@usdoj.gov

 /s/_____
Lauren A. Wetzler (VSB #93902)

Chief, Civil Division
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Fax: (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*Counsel for Official-Capacity Defendants*