IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARCUS THORNTON, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of the U.S. Department of State and in his individual capacity, *et al.*,<br><br>　　　　　*Defendants.* | Civil Action No. 1:23-cv-0266-PTG-IDD |

**NOTICE OF HEARING DATE**

PLEASE TAKE NOTICE that on Thursday, November 2, 2023, at 10:00 a.m., or as soon thereafter as the parties may be heard, the official capacity Defendants will bring on for hearing their Motion to Dismiss.

Dated:  September 20, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JESSICA D. ABER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. HALL
　　　　　　　　　　　　　　　　　　　　CARLOTTA P. WELLS
　　　　　　　　　　　　　　　　　　　　Assistant Branch Directors

　　　　　　　　　　　　　　　　　　　　ANDREW J. RISING (D.C. Bar #1780432)
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW, Rm. 11406
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 514-0265
　　　　　　　　　　　　　　　　　　　　Andrew.J.Rising@usdoj.gov

　　　　　　　　　　　　　　　　　　　　 /s/                                
　　　　　　　　　　　　　　　　　　　　Lauren A. Wetzler (VSB #93902)

Chief, Civil Division
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3752
Fax:  (703) 299-3983
Email: lauren.wetzler@usdoj.gov

*Counsel for Official-Capacity Defendants*